# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00379-CV

**Cindy Schlapper, Appellant**

**v.**

**Rand Forest, Buck Childers, Robert Stewart d/b/a Robert Leonard, Dorothy Stewart Uzell, Betty Stewart Hanson, Mike Keuhl, Harbor Ventures, Inc., Flagship Marine Corporation, and Shoreline Development, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. GN500033, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cindy Schlapper filed an unopposed motion to withdraw her notice of appeal.  Appellant's motion is granted and the appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   July 21, 2005